UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CHRISTOPHER FRANCOIS | CIVIL ACTION |
| VERSUS | NO. 09-3522 |
| WARDEN JERRY MILLER, MAJOR M. TODD, CAPTAIN DARRYL MIZELL, WARDEN RONALD BRANCH, SERGEANT KENTON SMITH, AND MASTER SERGEANT BILLY HILL, INDIVIDUALLY AND IN THEIR OFFICIAL CAPACITIES | SECTION "A"(4) |

**O R D E R**

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.

Accordingly;

**IT IS ORDERED** that the **Motion to Dismiss (Rec. Doc. No. 15)** filed by the defendants, Assistant Warden Jerry Miller, Major Michael Todd, Captain Darryl Mizell, Assistant Warden Ronald Branch, Sergeant Kenton Smith, and Sergeant Billy Hill, is **GRANTED**.

**IT IS FURTHER ORDERED** that Christopher Francois's 42 U.S.C. § 1983 claims seeking monetary damages against the defendants in their official capacities are **DISMISSED WITHOUT PREJUDICE** for failure to state a claim for which relief can be granted because the claims are barred by the Eleventh Amendment and the Court is without jurisdiction to consider such claims.

**IT IS FURTHER ORDERED** that Francois's § 1983 claims seeking declaratory and injunctive relief against the defendants in their official and individual capacities and Francois's §

1

1983 claims seeking monetary damages against the defendants in their individual capacities are

**DISMISSED WITH PREJUDICE** for failure to state a claim for which relief can be granted.

December 2, 2009

_____
UNITED STATES DISTRICT JUDGE